# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0840
_____

JESSICA CYR,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

_____

On appeal from the Reemployment Assistance Appeals Commission.
Charles T. Faircloth, Jr., Chairman.

February 14, 2024

PER CURIAM.

We affirm the order of the Reemployment Assistance Appeals Commission dismissing Appellant's administrative appeal as untimely. *See* § 443.151(4)(b)1., Fla. Stat. (2022) (allowing twenty days for filing appeal); *Stuart v. Fla. Unemployment Appeals Comm'n*, 961 So. 2d 1020, 1021 (Fla. 1st DCA 2007) ("[T]he appeals referee does not have jurisdiction to hear an untimely appeal."); *see also* Fla. Admin. Code 73B-20.007(2) ("If the referee finds that the appeal was not filed within the time allowed by law, it shall be dismissed.").

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica Cyr, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.